Taylor
*ads.*
How.

## McGlade *ads.* Wheaton.

The poverty of a defendant is no excuse for not trying a cause, unless the defendant has obtained an insolvent's discharge.

Motion for judgment as in case of nonsuit. The excuse offered by the plaintiff for not trying the cause is, that the defendant is insolvent.

*By the Court,* Savage, C. J. The excuse is insufficient, and the motion must be granted, unless the plaintiff stipulates to try the cause at the next circuit, and pays costs of this motion. The poverty of the defendant will not relieve the plaintiff from stipulating, unless the defendant has asked for and obtained a discharge under the *insolvent laws ;* in which case, the plaintiff is allowed to discontinue without costs, otherwise not.

---

## Taylor *ads.* How, administratrix.

An executor or administrator is liable to costs on a motion for judgment as in case of nonsuit, unless diligence is shewn in the prosecution of the suit.

Motion for judgment as in case of nonsuit. The plaintiff asked to be excused from the payment of costs, on account of her representative character.

*Sibley,* for defendant.

*J. Foote,* for plaintiff.

*By the Court,* Savage, C. J. Whether an executor or administrator shall pay costs on a motion of this kind, depends upon the diligence used in the prosecution of the suit. (4 *Cowen,* 552.) The plaintiff offers as an excuse for not trying the cause at the last circuit, the absence of a material witness, but shews no diligence in procuring his attendance. The motion is granted, unless the plaintiff stipulates and pays costs.